**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW LEVINSON, | Case No.: 2:26-cv-00881-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation and Denying Motions** |
| v. | |
| BOARD OF REGENGTS, et al., | [ECF Nos. 4, 6, 13, 15, 20] |
| Defendants | |

Magistrate Judge Weksler recommends that I deny plaintiff Matthew Levinson's motions for a temporary restraining order, a preliminary injunction, a protective order, and "Marshall Enforcement." ECF No. 20 at 5-6. No objection has been filed to those recommendations and the time to do so has expired. I am not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."). Because there is no objection to Judge Weksler's recommendations, I accept them.

I THEREFORE ORDER that Magistrate Judge Weksler's Report and Recommendation **(ECF No. 20) is accepted** and Levinson's pending motions **(ECF Nos. 4, 6, 13, and 15) are denied**.

DATED this 29th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE