**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW LEVINSON, | Case No.: 2:26-cv-00881-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | [ECF No. 29] |
| BOARD OF REGENTS (NSHE), et al., | |
| Defendants | |

On June 4, 2026, Magistrate Judge Weksler recommended that I dismiss this case because plaintiff Matthew Levinson failed to file an amended complaint by the court-ordered deadline, leaving no pending claims in this case, and failed to comply with her order to update his address. ECF No. 29.  Levinson did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 29) is accepted, and this case is dismissed for failure to file an amended complaint by the court-ordered deadline leaving no claims pending and failure to comply with this court's order to update the plaintiff's address.  The clerk of court is instructed to close this case.

DATED this 25th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE